UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BELYEW,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>            Defendants. | No. 1:21-cv-01374-NONE-JLT (PC)<br><br>ORDER DISMISSING CASE FOR FAILURE TO PAY THE FILING FEE<br><br>(Doc. 13)<br><br><br><br>Clerk of Court to close the case. |

Plaintiff Lisa Belyew, a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983, filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. No. 2.) On September 29, 2021, the magistrate judge assigned to this case issued findings and recommendations to deny plaintiff's IFP application because she has three "strikes" under section 1915(g) and failed to show that she is imminent danger of serious physical injury. (Doc. No. 8.) Plaintiff filed timely objections to the findings and recommendations. (Doc. No. 11.)

On December 8, 2021, this court entered an order adopting the findings and recommendations in full and denying plaintiff's motion to proceed IFP. (Doc. No. 13.) The court further ordered: "Within **twenty-one (21) days** following the date of service of this order, plaintiff shall pay the $402.00 filing fee in full to proceed with this action. If plaintiff fails to pay

1  the filing fee within the specified time, this action will be dismissed without further notice."
2  (Doc. No. 13.)  Plaintiff has failed to pay the $402.00 filing fee within the specified time.
3       Accordingly, the Court **ORDERS** that this case is **DISMISSED WITHOUT**
4  **PREJUDICE** for Plaintiff's failure to pay the filing fee and failure to obey a court order. The
5  Clerk of Court is DIRECTED to assign a district judge to this action for the purposes of closure
6  and then to close the case.

IT IS SO ORDERED.

   Dated:   **January 5, 2022**                    _Dale A. Drozd_
                                                   UNITED STATES DISTRICT JUDGE